Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>                    Plaintiff,<br>v.<br><br>Clemens Corp.,<br><br>                    Defendant. | Civil Action No: 17-cv-01431-GMN-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**WITHOUT PREJUDICE** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Kevin Zimmerman, hereby voluntarily dismisses this Action without prejudice.

**RESPECTFULLY** submitted on this 26th day of October, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Ave, Ste 111-236
Las Vegas, NV 89117
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of October 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and mailed a copy of the foregoing to:

Clemens Corp.
c/o Cynthia C. Clemens- *its Statutory Agent*
3995 W Sunset Rd
Las Vegas, NV 89120
*Defendant*